UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

12-mc-91283-TSH

IN RE:  GEORGE FORREST LEAHY

JUDGMENT
November 2, 2012

HILLMAN, D.J.

On August 2, 2012, the Supreme Judicial Court of Massachusetts ordered that respondent, George Forrest Leahy, be suspended from the practice of law in the Commonwealth of Massachusetts for a period of two months. (effective 30 days thereafter).

On September 7, 2012, in accordance with Local Rule 83.6, this court gave notice to respondent of the filing in this court of a certified copy of the judgment and order of the Supreme Judicial Court and ordered respondent to show cause, within 30 days, why the imposition of identical discipline by this court would be unwarranted, the reasons therefore, and whether he requested a hearing.  Respondent filed a Memorandum in Response to the Order to show Cause and requested that the matter be determined on the record without a hearing.

After review of the Memorandum of Decision and Order of Term of Suspension dated August 2, 2012 by Justice Barbara A. Jenk of the Massachusetts Supreme Judicial Court and after review of Attorney Leahy's correspondence to Sarah Allison Thornton, Clerk of the U.S. District Court for the District of Massachusetts (Document #6) and Attorney Leahy's Brief in opposition to the February 9, 2011 Finding and Recommendation of the Hearings Office (Document #7) I impose the identical discipline.

The respondent George Leahy is hereby suspended from practice before the U.S. District Court for the District of Massachusetts for a period of 2 months, nunc pro tunc to September 2,

2012.  It is further ordered that Mr. Leahy shall notify this court of the termination of the period of suspension ordered by the Supreme Judicial Court in accordance with Local Rule 83.6(7), and that he may resume practice in this court upon a showing that he is in good standing as an attorney before the Supreme Judicial Court.

/s/ Timothy S. Hillman_____
TIMOTHY S. HILLMAN
UNITED STATES DISTICT JUDGE